**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
CHIEF JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

October 19, 2015

Nancy Feliciano
Reg. No. 65949-054
FPC Alderson
Federal Prison Camp
Glen Ray Road, Box A
Alderson, WV  24910

Re:   *United States of America v. Nancy Feliciano,* Criminal No. CCB-11-0569

Dear Ms. Feliciano:

Because you were sentenced to the mandatory minimum term set by Congress based on the quantity of drugs to which you pled guilty, the "drugs minus two" Guideline amendment (No. 782) does not permit any further reduction. Accordingly, your motion must be **Denied**. An Order follows.

Sincerely yours,

Catherine C. Blake
United States District Judge

cc:   AUSA David Copperthite